1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7044
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   No.   CR 3 06-70413 MEJ
                                    )
13       Plaintiff,                 )   [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM SEPTEMBER 19, 2006
14    v.                            )   THROUGH OCTOBER 19, 2006 FROM
                                    )   CALCULATIONS UNDER THE SPEEDY
15 KAI BUTLER,                      )   TRIAL ACT (18 U.S.C. § 3161) AND
                                    )   UNDER F.R.C.P. 5.1
16       Defendant.                 )
   ─────────────────────────────────)

17
       The parties appeared before this Court on the pending complaint on September 19, 2006.
18
   Gregg Lowder, Assistant United States Attorney, appeared for the United States. Steven Kalar,
19
   Assistant Federal Public Defender, appeared specially for the defendant, who appeared
20
   personally.
21
       The Court appointed the Federal Public Defender, through Steven Kalar, Assistant
22
   Federal Public Defender, as counsel for the defendant .
23
       At the request of and upon the consent of the parties, and the defendant personally, the
24
   Court continued the case to October 19, 2006 for status conference and excluded time from
25
   September 19, 2006 through October 19, 2006 from time calculations under the Speedy Trial Act
26
   and under F.R.C.P. Rule 5.1, to permit the attorneys reasonable time for effective preparation in
27
   the case, including to investigate potential defenses and to determine with certainty the extent of
28

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ

the defendant's criminal history. To that end, the Court further ordered the probation department to prepare a criminal history of the defendant for the parties.

The Court enters this order continuing the hearing and supplementing its oral orders at the hearing of September 19, 2006 excluding time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and from calculations under Federal Rule of Criminal Procedure 5.1, from September 19, 2006 through October 19, 2006 . The parties, including the defendant, agree and the Court finds and holds as follows:

    1. The defendant understands and requests the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure Rule 5.1, from September 19, 2006 through October 19, 2006 based upon the need of the defense for a reasonable period of time to allow effective preparation in the case, including reasonable time to investigate potential defenses and to determine the extent of the defendant's criminal history

    2. Defense counsel Steve Kalar joins in the request to exclude time from calculations under the Speedy Trial Act and under F.R.C.P. 5.1 for the above reasons, and believes the exclusion of time is necessary for him to effectively prepare a defense, and further agrees the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, and under F.R.C.P. 5.1 should be from September 19, 2006 through October 19, 2006 .

Given these circumstances, the Court finds that the ends of justice served by excluding from time calculations the period of September 19, 2006 through October 19, 2006 outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, and, at the defendant's request, finds good cause for the same reasons listed above and stated at the hearing to exclude September 19, 2006 through October 19, 2006 from time calculations under Federal Rule of Criminal Procedure 5.1. Accordingly, and at the request of the defendant personally, the Court (1) sets an appearance date on October 19, 2006, @ 9:30 a.m., and (2) orders and finds that the time from September 19, 2006 through October 19, 2006 is

///

///

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                    2

excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and under Federal Rule of Criminal Procedure 5.1.

SO STIPULATED:

DATED: October 10, 2006

/S/
STEVEN KALAR
Attorney for Defendant

DATED: October 06, 2006

/S/
GREGG W. LOWDER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 16, 2006

JAMES LARSON
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge James Larson*

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ          3