1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CSBN 107864)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7044
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No.   CR 3 06-70413 MEJ
                                     )
13         Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME FROM NOVEMBER 7, 2006
14      v.                           )   THROUGH DECEMBER 7, 2006 FROM
                                     )   CALCULATIONS UNDER THE SPEEDY
15  KAI BUTLER,                      )   TRIAL ACT (18 U.S.C. § 3161) AND
                                     )   UNDER F.R.C.P. 5.1
16         Defendant.                )
                                     )
17
        The parties appeared before this Court on the pending complaint on November 7, 2006.
18
    Gregg W. Lowder, Assistant United States Attorney, appeared for the United States. Steven
19
    Kalar, Assistant Federal Public Defender, appeared for the defendant, who appeared personally.
20
        At the request of and upon the consent of the parties, and the defendant
21
    personally, the Court continued the case to December 7, 2006 for status conference and excluded
22
    time from November 7, 2006 through December 7, 2006 from time calculations under the
23
    Speedy Trial Act and under F.R.C.P. Rule 5.1. The exclusions of time are based upon the
24
    request of the parties, upon a motion for release made in court by the defendant to be heard on
25
    December 7, and further upon the need to permit the attorneys reasonable time for effective
26
    preparation in the case, including allowing the government time to investigate the accuracy of the
27
    defendant's criminal history recently reported by the probation department.
28

    Order re Speedy Trial Exclusion of Time
    CR 3 06-70413 MEJ

1  The Court enters this order continuing the hearing and supplementing its oral orders at the
2  hearing of November 7, 2006 excluding time from calculations under the Speedy Trial Act, 18
3  U.S.C. § 3161, and from calculations under Federal Rule of Criminal Procedure 5.1, from
4  November 7, 2006 through December 7, 2006. The parties, including the defendant, agree and
5  the Court finds and holds as follows:

6  1. The defendant understands and requests the exclusion of time from calculations under
7  the Speedy Trial Act, 18 U.S.C. § 3161, and under Federal Rule of Criminal Procedure
8  Rule 5.1, from November 7, 2006 through December 7, 2006 based upon the pendency of
9  its pretrial motion made in court on November 7 that will be heard on December 7, and
10 the need for a reasonable period of time to allow effective preparation, including
11 reasonable time to investigate further the defendant's criminal history.

12 2. Defense counsel Steve Kalar joins in the request to exclude time from calculations
13 under the Speedy Trial Act and under F.R.C.P. 5.1 for the above reasons, and believes the
14 exclusion of time is necessary for him to effectively prepare the motion and also a
15 defense, and further agrees the exclusion of time under the Speedy Trial Act, 18 U.S.C. §
16 3161, and under F.R.C.P. 5.1 should be from November 7, 2006 through December 7,
17 2006.

18 Given these circumstances, the Court finds that the ends of justice served by excluding
19 from time calculations the period of November 7, 2006 through December 7, 2006 outweigh the
20 best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18
21 U.S.C. § 3161, and further, at the defendant's request, finds good cause for the same reasons
22 listed above and stated at the hearing to exclude November 7, 2006 through December 7, 2006
23 from time calculations under Federal Rule of Criminal Procedure 5.1. Accordingly, and at the
24 request of the defendant personally, the Court (1) sets an appearance date on December 7, 2006,
25 @ 9:30 a.m., and (2) orders and finds that the time from November 7, 2006 through December 7,
26 ///
27 ///
28 ///

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                              2

2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161 and under Federal Rule of Criminal Procedure 5.1.

SO STIPULATED:

DATED: 11/7/06

STEVEN KALAR
Attorney for Defendant

DATED: 11/07/06

GREGG W. LOWDER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/9/06

EDWARD M. CHEN
United States Magistrate Judge

Order re Speedy Trial Exclusion of Time
CR 3 06-70413 MEJ                                    3